Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Attorney for Plaintiff

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Misty Costa

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Misty Costa,** <br><br> Plaintiff, <br><br> vs. <br><br> **Diversified Consultants, Inc., et. al.,** <br><br> Defendants. | CASE NO.: 1:10-cv-01850-OWW-SKO <br><br> **NOTICE OF SETTLEMENT** |

Please take notice that the parties to the above entitled lawsuit have reached a settlement of the entire case. The parties anticipate filing a joint motion to dismiss within twenty (20), requesting that the Magistrate Judge retain jurisdiction to enforce the settlement for a period of 45 days.

Respectfully submitted this 7th day of March, 2011.

By: _s/Lara R. Shapiro_
Lara R. Shapiro
Attorney for Plaintiff