Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Attorney for Plaintiff

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Misty Costa

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Misty Costa,** | CASE NO.: 1:10-cv-01850-OWW-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| **Diversified Consultants, Inc., et. al.,** | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Please take notice that the parties by and through their respective counsel, hereby stipulate to dismiss the case without prejudice, each party to bear its own attorney fees and costs, and request the magistrate judge retain jurisdiction to enforce the settlement agreement, which cannot be completed for another 30 days.

Respectfully submitted this 29th day of March, 2011.

By: _s/Lara R. Shapiro_
Lara R. Shapiro
Attorney for Plaintiff


Dated: March 29, 2011   Dykma

By: *s/ Brian H. Newman*
Brian Newman
Dykema
Attorneys for Defendant