UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Misty Costa,** | CASE NO.: 1:10-cv-01850-OWW-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| **Diversified Consultants, Inc., et. al.,** | |
| Defendants. | |

Based on the stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs, and the magistrate judge will retain jurisdiction to enforce the settlement agreement, which cannot be completed for another 30 days.

IT IS SO ORDERED.

Dated:   **March 30, 2011**               **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE